# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA G., | : | CIVIL ACTION |
|     Plaintiff | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO,[1] | : | |
| Commissioner of the Social | : | |
| Security Administration, | : | |
|     Defendant | : | NO. 24-6676 |

## ORDER

**AND NOW**, this 18th day of July 2025, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that:

1. Plaintiff's request for review (Document No. 11) is **GRANTED**.

2. The ALJ's decision is **REVERSED**, pursuant to sentence 4 of 42 U.S.C. § 405(g).

3. The case is **REMANDED**, pursuant to sentence 4 of 42 U.S.C. § 405(g), solely for the calculation and award of SSI to Plaintiff.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge

---

[1] Frank Bisignano became Commissioner of the Social Security Administration on May 7, 2025. Pursuant to Fed. R. Civ. P. 25(d), Mr. Bisignano is substituted as Defendant in this suit and, pursuant to the last sentence of 42 U.S.C. § 405(g), no further action needs to be taken to continue this suit.